**UNITED STATES of America,**

v.

**Winston VITIELLO, Appellant.**

No. 03–4842.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Nov. 2, 2004.

Decided April 26, 2005.

George S. Leone, Gail Zweig, Office of United States Attorney, Newark, NJ, for United States of America.

Kim A. Otis, Haveson & Otis, Princeton, NJ, for Winston Vitiello.

Before ALITO, BARRY, and FUENTES, Circuit Judges.

## OPINION

BARRY, Circuit Judge.

Winston Vitiello entered a plea of guilty pursuant to a plea agreement with the United States and was sentenced in accordance with the Sentencing Guidelines. The only issues raised by either party relate to the District Court's interpretation and application of the Sentencing Guidelines. In the wake of the Supreme Court's decision in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), this Court has determined that sentencing issues are best determined by the District Court in the first instance. Accordingly, although we will affirm the conviction, we will vacate the sentence and remand for resentencing in accordance with *Booker.*